# United States Court of Appeals
## For the First Circuit

No. 23-1633

THOMAS C. FRANCHINI,

Plaintiff, Appellant,

v.

BANGOR PUBLISHING CO., INC., d/b/a/ Bangor Daily News;
MEG HASKELL; EDWARD MURPHY; GANNETT COMPANY, INC., d/b/a
USA Today; DONOVAN SLACK; INVESTOR'S BUSINESS DAILY, INC.,
d/b/a Investor's Business Daily; MTM ACQUISITION, INC., d/b/a
Portland Press Herald and SALLY PIPES,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on July 17, 2024, is amended
as follows:

On page 39, line 17, replace "FTCvA" with "FTCA".